# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-1521
LT Case No. 2021-CF-1122-A

_____

AARON DAVID BROOKS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Citrus County.
Joel Fritton, Judge.

Matthew J. Metz, Public Defender, and Ali L. Hansen, Assistant Public Defender, Officed of the Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Office of the Attorney General, Daytona Beach, for Appellee.

October 10, 2023

PER CURIAM.

    AFFIRMED.

EDWARDS, C.J., WALLIS, and HARRIS, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————